In the Matter of MARCELLUS H. EVANS, Appellant, against S. HOWARD COHEN et al., Constituting the Board of Elections of the City of New York, et al., Respondents.

Argued August 6, 1942; decided August 6, 1942.

*George Dyson Friou* for appellant.

*Sidney M. Gottesman* for Nora Hayes, respondent.

*William C. Chanler, Corporation Counsel (Thomas W. A. Crowe* of counsel), for S. Howard Cohen et al., Constituting the Board of Elections, respondents.

Order affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.